**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  14−10300−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen Capista
   990 Robin Road
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−7216

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: jf

          Jeanne Naughton
          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen Capista  
    Debtor

Case No. 14-10300-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Dec 21, 2017  
                    Form ID: 148    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db             +Maureen Capista,    990 Robin Road,    Hillsborough, NJ 08844-4437
aty            +Charles P. Tivenan,    426 Herbertsville Road,    Brick, NJ 08724-1326
r              +Judy Langheld,    Re/Max Village Square Realtors,    508 Millburn Avenue,
                 Short Hills, NJ 07078-2523
514516493      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514460937      +Disney Vacation Club,    1960 Broadway,    Orlando, FL 32830-8446
514460942       New Jersey Div of Taxation,    Compliance & Enforcement-Bkcy. Unit,    P.O. Box 245,
                 Trenton, NJ 08695-0267
514463814      +PNC BANK,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
514460944      +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
514460943      +PNC Bank,    POB 856177,    Louisville, KY 40285-6177
514460945      +Prospect Mortgage,    15301 Ventura Blvd #D250,    Sherman Oaks, CA 91403-6660
514796271      +Prospect Mortgage LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
514721259     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
514460947      +Sundance Vacation Network,    100 Enterprise Dr,    Rockaway, NJ 07866-2116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 23:43:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 23:43:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514460933      +EDI: AMEREXPR.COM Dec 21 2017 23:23:00      American Express,    POB 1270,
                 Newark, NJ 07101-1270
514641146       EDI: BECKLEE.COM Dec 21 2017 23:23:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514460934      +EDI: CAPITALONE.COM Dec 21 2017 23:23:00      Capital One,    POB 70884,
                 Charlotte, NC 28272-0884
514514425      +E-mail/Text: bankruptcy@cavps.com Dec 21 2017 23:43:19     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514460935      +EDI: CHASE.COM Dec 21 2017 23:23:00      Chase,    POB 15298,    Wilmington, DE 19886-5298
514460936      +EDI: CITICORP.COM Dec 21 2017 23:23:00      Citi Cards,    POB 6500,    Sioux Falls, SD 57117-6500
514482863      +EDI: TSYS2.COM Dec 21 2017 23:23:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514460938      +EDI: WFNNB.COM Dec 21 2017 23:23:00      Dress Barn,    POB 659704,    San Antonio, TX 78265-9704
514460939      +EDI: RMSC.COM Dec 21 2017 23:23:00      GE Capital Retail Bank,    PO Box 965035,
                 Orlando, FL 32896-5035
514460940       EDI: IRS.COM Dec 21 2017 23:23:00      Internal Revenue Service,    POB 744,
                 Springfield, NJ 07081
514759682       EDI: RESURGENT.COM Dec 21 2017 23:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514460941      +EDI: TSYS2.COM Dec 21 2017 23:23:00      Macys,    Bankruptcy Processing,    P.O. Box 8053,
                 Mason, OH 45040-8053
514784424       EDI: PRA.COM Dec 21 2017 23:23:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
514771760       EDI: PRA.COM Dec 21 2017 23:23:00      Portfolio Recovery Associates, LLC,
                 c/o Direct Merchants Bank/Metris,    POB 41067,    Norfolk VA 23541
514484992       EDI: Q3G.COM Dec 21 2017 23:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
514460946      +EDI: SEARS.COM Dec 21 2017 23:23:00      Sears,    POB 182156,    Columbus, OH 43218-2156
                                                                                               TOTAL: 18
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 148              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Prospect Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John F. Bracaglia, Jr.    on behalf of Debtor Maureen  Capista brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor    Prospect Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                         TOTAL: 4
```