| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on December 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  14-10300VFP |
| IN RE:<br><br>MAUREEN CAPISTA | Judge:  VINCENT F. PAPALIA |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: December 19, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): MAUREEN CAPISTA

Case No.: 14-10300VFP

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered t debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor having failed to comply with that order as set forth in the attached certification, and good and sufficient ca appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional applica filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen Capista  
       Debtor  

Case No. 14-10300-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 21, 2017
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db      +Maureen Capista,   990 Robin Road,   Hillsborough, NJ 08844-4437
aty     +Charles P. Tivenan,   426 Herbertsville Road,   Brick, NJ 08724-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Prospect Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John F. Bracaglia, Jr.    on behalf of Debtor Maureen  Capista brokaw@centraljerseylaw.com
      Joshua I. Goldman    on behalf of Creditor    Prospect Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                                    TOTAL: 4